UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADG CONCERNS, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>TSALEVICH LLC,<br><br>  Defendant. | Case No. 18-cv-00818-JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 24, 34, 39 |

On August 31, 2018, this matter was reassigned to the undersigned Judge along with a report and recommendation that the Court grant in part Plaintiffs' motions for default judgment and grant Plaintiffs' motion for attorneys' fees. (Dkt. Nos. 24, 24, 39.) The time for filing objections to the Report has passed, and the Court has not received any objections. The Court finds the Report thorough and well-reasoned and adopts it in every respect.

Accordingly, the Court HEREBY GRANTS Plaintiffs' motion for default judgment in part (as specified in the report and recommendation) and GRANTS Plaintiffs' motion for attorneys' fees. The Court shall enter a separate judgment, and the Clerk shall close the file.

IT IS SO ORDERED.

Dated: October 31, 2018

_____
JEFFREY S. WHITE
United States District Judge