UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADG CONCERNS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TSALEVICH LLC,<br><br>    Defendant. | Case No. 18-cv-00818-JSW<br><br>**JUDGMENT** |

Pursuant to the Order issued this date adopting the report and recommendation, granting in part Plaintiffs' motion for default judgment, and granting Plaintiffs' motion for attorneys' fees, the Court HEREBY ENTERS JUDGMENT.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 31, 2018

_____
JEFFREY S. WHITE
United States District Judge